# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

The premises at 1101 E Forest Hill Avenue, Oak Creek, Wisconsin; and a 2008 black GMC Acadia bearing VIN# 1GKER13748J138676 and Wisconsin license plate 671NGF.

Case No. 20m 860

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE January 30, 2020 (not to exceed 14 days)
☒ in the daytime between 6:00 a.m. and 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to William E. Callahan                                          .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: January 16, 2020 at 10:35 AM

_____
*Judge's signature*

City and State: Milwaukee, Wisconsin                William E. Callahan, U.S. Magistrate Judge
*Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

| **Return** | | |
|---|---|---|
| Case No: 20m 860 | Date and time warrant executed: 1-17-20  7:25am | Copy of warrant and inventory left with: Omar Ali Barasneh |
| Inventory made in the presence of: Omar Ali Barasneh | | |
| Inventory of the property taken and/or name of any person(s) seized: | | |

iPhone, Base Patch, Base uniform, tactical vest, 2 desktop computers, 2 laptop computers, DVR, Hotel receipt, 3 Thumbdrives, Samsung phone, assorted receipts, papers and Nazi propaganda.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 1-24-20

_Executing officer's signature_

Jessica M Krueger, Special Agent
_Printed name and title_

Subscribed, sworn to, and returned before me this date:

Date: January 24, 2020

_United States Magistrate Judge_

## ATTACHMENT A

*Property to be searched*

The property to be searched is further described as follows:

- The premises known as 1101 E Forest Hill Avenue, Oak Creek, Wisconsin, more particularly described as a two-story white and brown house with an attached garage and two outer buildings.

- The vehicle identified as a 2008 black GMC Acadia bearing VIN# 1GKER13748J138676 and Wisconsin license plate 671NGF.

## ATTACHMENT B

*Property to be seized*

1. All records relating to violations of 18 U.S.C. § 241 (conspiracy against rights), those violations involving Yousef Omar Barasneh ("Barasneh") and occurring after March 1, 2019, including:

    a. Records and information relating to a conspiracy to injure, oppress, threaten, and intimidate minority citizens, including Jewish citizens, in the free exercise of their legal rights, including the right to hold and use real and personal property in the same manner as that right is enjoyed by white citizens, as guaranteed by Title 42, United States Code, Section 1982.

    b. Records and information relating the organization known as The Base, associates of The Base, or white supremacy ideology, including any communications;

    c. Records and information relating to the Beth Israeli Sinai Congregation;

    d. Records and information relating to targets or potential targets of threats, harassment, or intimidation by the Base or otherwise based on white supremacist ideology;

e. Clothing and other items worn or used by the suspect during activities associated with The Base or in furtherance of violations of 18 U.S.C. § 241, including any preparatory activities;

f. Records and information relating to the identity or location of the suspect, associates, and co-conspirators;

g. Apple iPhone 6S with IMEI 3557670792347715, and any cellular device assigned phone number 414-418-8150.

2. Computers or storage media used as a means to commit the violations described above, including communicating with co-conspirators.

3. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

2

b.　　evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c.　　evidence of the lack of such malicious software;

d.　　evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

e.　　evidence indicating the computer user's state of mind as it relates to the crime under investigation;

f.　　evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g.　　evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

h.　　evidence of the times the COMPUTER was used;

i.　　passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

3

j. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k. records of or information about Internet Protocol addresses used by the COMPUTER;

l. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

m. contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical,

arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

During the execution of the search of the property described in Attachment A, law enforcement personnel are authorized to (1) press or swipe the fingers (including thumbs) of Barasneh to the fingerprint scanner of the device(s); (2) hold the device(s) in front of the face of Barasneh and activate the facial recognition feature; and/or (3) hold the device(s) in front of the face of Barasneh and activate

5

the iris recognition feature, for the purpose of attempting to unlock the device(s) in order to search the contents as authorized by this warrant.